# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEON WATTS**, *individually and on behalf of all others similarly situated*,　　　　Plaintiff,　　v.　**BEIERSDORF, INC.**,　　　　Defendant. | **Case 1:24-cv-00527-HG** |

## BEIERSDORF, INC.'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Eamon P. Joyce, dated May 17, 2024, Beiersdorf, Inc. hereby moves this Court before the Honorable Hector Gonzalez, United States District Court Judge, Eastern District of New York, at the Theodore Roosevelt U.S. Courthouse, located at 225 Cadman Plaza East Brooklyn, NY 11201, for an Order dismissing the First Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Date: New York, New York<br>　　　　May 17, 2024 | By: */s/ Eamon P. Joyce*<br><br>Eamon P. Joyce<br>SIDLEY AUSTIN LLP<br>787 7th Ave.<br>New York, NY 10019<br>Tel: (212) 839-8555<br>ejoyce@sidley.com<br><br>Elizabeth M. Chiarello (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000<br>echiarello@sidley.com |

Jacquelyn E. Fradette (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8822
jfradette@sidley.com