# ALSTON & BIRD

321 N. Clark Street, Suite 2650
Chicago, IL 60654-4714
312-702-8700

**Elizabeth M. Chiarello**  Direct Dial: **+1 312 702 8725**  Email: **elizabeth.chiarello@alston.com**

January 15, 2025

**<u>Via ECF</u>**

Hon. Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    *Deon Watts v. Beiersdorf, Inc.*, 1:24-cv-00527-HG
            **Letter Motion and Stipulation to Substitute Counsel**

Dear Judge Gonzalez:

    I previously appeared *pro hac vice* as counsel for Defendant Beiersdorf, Inc. in the above-referenced action. As of January 12, 2025, I have transitioned from Sidley Austin LLP, my former firm, to Alston & Bird LLP, my current firm. Alston & Bird LLP has been directed by Beiersdorf, Inc. to replace Sidley Austin LLP as its counsel in this action going forward.

    Pursuant to Local Civil Rule 1.4(b), please find an enclosed stipulation for the substitution of counsel executed by Beiersdorf, Inc., Alston & Bird LLP, and Sidley Austin LLP. Plaintiff has been consulted and does not oppose this request.

    We respectfully request that the Court so order the requested substitutions of counsel.

                                    Respectfully submitted,

                                    */s/ Elizabeth M. Chiarello*
                                    Elizabeth M. Chiarello

cc: All Counsel of Record (via ECF)

Alston & Bird LLP          www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.